UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DIRK W. ADAMS,

        Plaintiff,

  -against-

HORIZON LINES, INC.

        Defendant.
----------------------------------------------------------------x

07 Civ. 1736 (TZ)

**STIPULATION OF**
**DISMISSAL**

  **IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel pursuant to Fed.R.Civ.P. 41(a)(1), that the above-captioned matter having been settled, the within action be and the same hereby is dismissed, with prejudice and without costs to any party.

Dated: May 9, 2008

By_____
Andrew V. Buchsbaum, Esq. (AB-6475)
Friedman, James & Buchsbaum LLP
132 Nassau Street, Suite 900
New York, NY 10038
telephone: (212) 233-9385
telefax: (212) 619-2340

  -&-

Alan H. Buchsbaum, Esq. (AB-7386)
29 Broadway, Suite 1000
New York, NY 10006
telephone: (212) 480-4118
telefax: (212) 558-6477
ATTORNEYS FOR PLAINTIFF

Kenny, Stearns & Zonghetti, LLC
Attorneys for Defendant

By_____
Noreen D. Arralde, Esq. (NA-7723)
Joseph T. Stearns, Esq. (JT-8175)
26 Broadway
New York, NY 10004-1882
telephone: (212) 422-6111
telefax: (212) 422-6544