USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIRK W. ADAMS,

           Plaintiff,

v.

HORIZON LINES, INC.,

           Defendant.

C07-1736PKC(TSZ)

ORDER

Counsel having notified the Court of the settlement of this matter, via both telephone and written stipulation of counsel, docket no. 39, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

IT IS SO ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record and to the Honorable P. Kevin Castel, United States District Judge.

DATED this 21st day of May, 2008.

THOMAS S. ZILLY
United States District Judge

ORDER - 1